92 A.3d 807

Kevin SILAS, Petitioner

v.

Sheila SKIPPER–WOODS [sic], Judge of Common Pleas Court, Philadelphia County, Pennsylvania, Respondent.

No. 38 EM 2014.

Supreme Court of Pennsylvania.

May 29, 2014.

## ORDER

PER CURIAM.

**AND NOW,** this 29th day of May, 2014, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.** The Prothonotary is directed to strike the name of the jurist from the caption.